UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-cv-75-FDW

| | |
|---|---|
| SHAWN GERMAINE FRALEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JOHN DOE, et al., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court on a "Motion for Default Judgment," filed by pro se Plaintiff Shawn Fraley. Plaintiff seeks an Order from this Court entering a judgment in his favor based on the fact that Defendants filed their Answer on October 31, 2017, which was one day after the Court's deadline to do so.[1] See (Doc. Nos. 26, 28).

The Court will deny the motion, and Defendants are hereby granted a one-day extension, nunc pro tunc, to file their Answer.

**IT IS THEREFORE ORDERED THAT** Plaintiff's "Motion for Default Judgment," (Doc. No. 30), is **DENIED**.

Signed: November 13, 2017

Frank D. Whitney
Chief United States District Judge

---

[1] After Defendants filed their Answer, this Court entered a Scheduling Order, setting the deadline for discovery as March 7, 2018, with dispositive motions due on April 7, 2018.

1