UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-cv-75-FDW

| | |
|---|---|
| SHAWN GERMAINE FRALEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| JOHN DOE, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's Fourth Motion to Appoint Counsel, (Doc. No. 34), and on Plaintiff's Motion for Default Judgment, (Doc. No. 33).

First, as to Plaintiff's Motion to Appoint Counsel, his motion is denied for the same reasons this Court denied his prior motions to appoint counsel. See (Doc. Nos. 6, 18, 21).

Next, Plaintiff's Motion for Default Judgment is denied for the same reasons the Court denied his prior motion for default judgment. See (Doc. No. 31).

**IT IS THEREFORE ORDERED** that Plaintiff's Fourth Motion to Appoint Counsel, (Doc. No. 34), and Plaintiff's Motion for Default Judgment, (Doc. No. 33), are both **DENIED**.

Signed: November 28, 2017

Frank D. Whitney
Chief United States District Judge

1